Brad Lee Barnhill
8104 Defiance Avenue
Las Vegas, Nevada 89129
Phone: 702.613.2576
Brad@ElectBarnhill.net
Plaintiff, *in Propria Persona, sui juris*

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
OCT 01 2026
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brad Lee Barnhill,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his official capacity as Secretary of State of Nevada,<br><br>Defendant. | Case No. ____________________<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**<br><br>*(Local Rule LR 7.1-1; Fed. R. Civ. P. 7.1)* |

Brad Lee Barnhill ("Plaintiff"), appearing *in Propria Persona*, *sui juris*, respectfully certifies as follows.

1. The named parties to this action are:

(a) Plaintiff Brad Lee Barnhill, a natural person and eligible Nevada elector, appearing in his individual capacity; and

(b) Defendant Francisco V. Aguilar, sued in his official capacity as Nevada Secretary of State, a governmental officer.

2. LR 7.1-1 requires identification of any known interested party other than the named parties, including subsidiaries, conglomerates, affiliates, parent corporations, other entities related to a party, any real party in interest, and any insurer. Fed. R. Civ. P. 7.1 further requires a nongovernmental corporate

party to identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or to state that no such corporation exists.

3. Plaintiff is a natural person. Plaintiff is not a corporation, partnership, limited-liability company, or other juridical entity. Plaintiff has no parent corporation, no subsidiary, no affiliate, no conglomerate, and no publicly held corporate owner. Plaintiff is not insured with respect to this action. Plaintiff is the real party in interest as to the claims he asserts.

4. Defendant is a public officer sued in his official capacity. Plaintiff is not aware of any nongovernmental corporate entity that has a parent-subsidiary, affiliate, ownership, or insurance relationship with Defendant that would require disclosure under LR 7.1-1 or Rule 7.1.

5. Accordingly, there are no known interested parties within the meaning of LR 7.1-1 other than the named parties to this action.

6. Plaintiff is aware that accurate voter-list maintenance under the National Voter Registration Act is a matter of public concern to Nevada electors generally. That civic interest is not an "interested party" relationship of the kind LR 7.1-1 exists to disclose. Listing every registered Nevada voter would neither assist the Court in evaluating recusal nor comply with the rule. Plaintiff therefore does not purport to name the electorate as an interested party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. Plaintiff will timely amend this certificate if any subsequently known interested party within the meaning of LR 7.1-1 comes to Plaintiff's attention. LR 7.1-1(c).[1]

Respectfully submitted this 28th day of September, 2026.

Respectfully submitted,

/s/ Brad Lee Barnhill

Brad Lee Barnhill
8104 Defiance Avenue
Las Vegas, Nevada 89129
Phone: 702.613.2576
Brad@ElectBarnhill.net
Plaintiff, *in Propria Persona, sui juris*

[1]As Defendant has yet to appear, no certificate of service will be file contemporaneously.