Brad Lee Barnhill
8104 Defiance Avenue
Las Vegas, Nevada 89129
tel: 702.613.2576
e: brad.lee.barnhill@pm.me
Plaintiff, *in Propria Persona, sui juris*

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
OCT 08 2026
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brad Lee Barnhill,

Plaintiff,

v.

FRANCISCO V. AGUILAR, in his official capacity as Secretary of State of Nevada,

Defendant.

Case No. 2:26-cv-02818-JAD-MDC

**NOTICE OF LODGING PROPOSED ORDER AND REQUEST FOR RULING ON PLAINTIFF'S EX PARTE MOTION FOR AUTHORIZATION TO REGISTER AS A CM/ECF FILER [ECF No. 5]**

PLEASE TAKE NOTICE that Plaintiff Brad Lee Barnhill, *in propria persona*, lodges with the Court a proposed Order Granting Plaintiff's Ex Parte Motion for Authorization to Register as a CM/ECF Filer and to Receive Electronic Service Pursuant to LR IC 2-1(b) [ECF No. 5]. The proposed order is attached as Exhibit 1.

Plaintiff respectfully requests a ruling on the Motion, based on the following docket record:

1. Plaintiff filed the Motion on September 16, 2026. It was entered on September 17, 2026 [ECF No. 5].

2. The Motion was filed *ex parte* under LR IA 7-2. No response or reply period under LR 7-2(b) applies to it. It has been submitted for decision since it was filed.

3. Defendant appeared through counsel on September 28, 2026 [ECF No. 6]. No opposition to the Motion has been filed.

4. Plaintiff signed and mailed his Opposition to ECF Nos. 7 and 8, his Motion to Consolidate, and his Notice of Related Cases on September 30, 2026. The Clerk file-stamped them on October 1, 2026, and they were entered on October 5, 2026 [ECF Nos. 9, 10, 11].

5. Briefing on those motions is under way, with deadlines on October 8 and October 15, 2026. Plaintiff currently receives service of Defendant's filings by mail.

This Notice presents no new argument. It is submitted only to bring the pending Motion and the proposed order to the Court's attention.

**CERTIFICATION**

I certify that artificial intelligence was used to generate a portion of this filing. I have reviewed the source material and verified that the artificially generated content in the filing is accurate and complies with the filing's Rule 11 obligations.

Dated this 6th day of October, 2026

Respectfully submitted,

/s/ Brad Lee Barnhill

Brad Lee Barnhill
Plaintiff, *in propria persona, sui juris*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I mailed the foregoing document for filing to the Clerk of Court for the United States District Court for the District of Nevada.

I certify that on October 6, 2026, I served a true copy by U.S. Mail, postage prepaid, and by electronic mail, upon:

Emily D. Espinosa, Deputy Attorney General, Office of the Nevada Attorney General, 100 North Carson Street, Carson City, NV 89701-4717, edespinosa@ag.nv.gov

and upon Counsel of record for Plaintiffs in Case No. 2:24-cv-00518-CDS-MDC:

Jeffrey F. Barr, Ashcraft & Barr LLP, 8275 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123, barrj@ashcraftbarr.com

Sigal Chattah, 5875 S. Rainbow Blvd. #204, Las Vegas, NV 89118, sigal@thegoodlawyerlv.com

Thomas R. McCarthy, Gilbert C. Dickey, Conor D. Woodfin, Consovoy McCarthy PLLC, 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209

*/s/ Brad Lee Barnhill*
Brad Lee Barnhill
Plaintiff, *in Propria Persona, sui juris*

# EXHIBIT 1

## [PROPOSED]
## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AUTHORIZATION TO REGISTER AS A CM/ECF FILER AND TO RECEIVE ELECTRONIC SERVICE PURSUANT TO LR IC 2-1(b)

Brad Lee Barnhill
8104 Defiance Avenue
Las Vegas, Nevada 89129
tel: 702.613.2576
e: brad.lee.barnhill@pm.me
Plaintiff, *in Propria Persona, sui juris*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brad Lee Barnhill,

Plaintiff,

v.

FRANCISCO V. AGUILAR, in his official capacity as Secretary of State of Nevada,

Defendant.

Case No. 2:26-cv-02818-JAD-MDC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AUTHORIZATION TO REGISTER AS A CM/ECF FILER AND TO RECEIVE ELECTRONIC SERVICE PURSUANT TO LR IC 2-1(b)**

Before the Court is Plaintiff Brad Lee Barnhill's Ex Parte Motion for Authorization to Register as a CM/ECF Filer and to Receive Electronic Service Pursuant to LR IC 2-1(b) [ECF No. 5]. Having considered the Motion and the record, the Court makes the following findings of fact and conclusions of law.

**I. FINDINGS OF FACT**

Plaintiff is proceeding *in propria persona*. He filed his Complaint on September 4, 2026 [ECF No. 2]. On September 16, 2026, Plaintiff filed the present Motion under LR IC 2-1(b). The Motion was entered on the docket on September 17, 2026 [ECF No. 5]. The Motion was filed ex parte. Under LR IA 7-2(a), an ex parte motion is one filed with the Court but not served on opposing parties. No response or reply period under LR 7-2(b) applies to it. The Motion was therefore submitted for decision when it was filed on September 16, 2026.

Even if the Motion were measured by the 14-day response period of LR 7-2(b), that period would have run from September 16, 2026 and expired on September 30, 2026. With the three days Fed. R. Civ. P. 6(d) adds for service by mail, it would have expired no later than October 3, 2026. Defendant appeared through counsel on September 28, 2026 [ECF No. 6]. No opposition to the Motion has been filed.

On September 28, 2026, Defendant filed a Motion to Stay Case [ECF No. 7] and a Motion to Extend Time [ECF No. 8]. Defendant's counsel filed both electronically, and both were entered on the docket the same day.

Plaintiff signed his Opposition to ECF Nos. 7 and 8 and Motion to Consolidate on September 30, 2026, and mailed them to the Clerk that day. The Clerk file-stamped them on October 1, 2026. They were entered on the docket on October 5, 2026, together with Plaintiff's Notice of Related Cases [ECF Nos. 9, 10, 11].

Because Plaintiff is not a registered filer, papers filed by Defendant are served on Plaintiff by mail under Fed. R. Civ. P. 5(b)(2)(C). Defendant's counsel receives immediate electronic notice of every filing. Briefing is now active on several motions. Defendant's reply in support of ECF Nos. 7 and 8 is due October 8, 2026. Defendant's response to Plaintiff's Motion to Consolidate [ECF No. 10] is due October 15, 2026, and Plaintiff's reply follows under LR 7-2(b).

Plaintiff has provided an email address for service, Brad@ElectBarnhill.net. He has also represented that he has the computer equipment, internet access, and software needed to file electronically, and that he will comply with this Court's Electronic Filing Procedures.

## II. CONCLUSIONS OF LAW

Under Fed. R. Civ. P. 5(d)(3)(B)(i), a person not represented by an attorney may file electronically if allowed by court order or by local rule.

LR IC 2-1(b) provides that a pro se litigant may request the Court's authorization to register as a filer in a specific case. Whether to grant that authorization is within the Court's discretion.

Once registered, Plaintiff may be served by filing through the Court's electronic-filing system, under Fed. R. Civ. P. 5(b)(2)(E).

Under Fed. R. Civ. P. 1, the Rules are to be construed and administered to secure the just, speedy, and inexpensive determination of every action. Electronic filing and service will cut out the mailing and docketing delays described in Findings 6 and 7. It will put the parties on equal footing for notice and filing while motion deadlines are running. It will also reduce the Clerk's burden of processing paper filings.

Plaintiff has shown good cause for authorization under LR IC 2-1(b).

**III. ORDER**

IT IS THEREFORE ORDERED that Plaintiff's Ex Parte Motion for Authorization to Register as a CM/ECF Filer and to Receive Electronic Service [ECF No. 5] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is authorized to register as a CM/ECF filer in this case only. He must complete registration through PACER within [14] days of this Order and must comply with LR IC 2-1 and the Court's Electronic Filing Procedures.

IT IS FURTHER ORDERED that the Clerk of Court, to the extent necessary, is hereby directed to take such administrative action as is required to enable Plaintiff's electronic filing privileges in this action.

IT IS FURTHER ORDERED that once Plaintiff registers, he consents to electronic service under Fed. R. Civ. P. 5(b)(2)(E). Service of filed papers on Plaintiff will be complete upon transmission of the Notice of Electronic Filing.

IT IS FURTHER ORDERED that the Court may revoke this authorization if Plaintiff fails to comply with the Local Rules or the Electronic Filing Procedures.

DATED: ____________________, 2026.

______________________________
District Court Judge

Brablee Barnhill
8104 Defiance 89129

UNITED STATES POSTAL SERVICE®

89101

RDC 99

FCM LETTER
LAS VEGAS, NV 89128
OCT 06, 2026

$1.11

S2323A500509-9

Clerk of Court
United States District Court
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

89101$7065 C075