# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Brad Lee Barnhill,

Plaintiff,

vs.

Francisco V. Aguilar, in his official capacity as Secretary of State for the State of Nevada,

Defendant.

Case No. 2:26-cv-02818-JAD-MDC

**ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION TO REGISTER AS A CM/ECF FILING USER AND TO RECEIVE ELECTRONIC SERVICE (ECF NO. 5)**

The Court has reviewed *pro se* plaintiff Brad Lee Barnhill's *Motion for Authorization to Register as a CM/ECF Filer and to Receive Electronic Service Pursuant to LR IC 2-1(b)* ("Motion"). *ECF No. 5*. Plaintiff originally filed this Motion *ex parte*, but the Court directed the Clerk of Court to unseal it because plaintiff did not explain why he filed *ex parte* and to give defendants a chance to respond. *ECF No. 14*. Defendant has not responded to plaintiff's Motion and the deadline to do so has passed.

Under Local Rule IC 2-1(b), a pro se litigant may request the Court's authorization to register as a filer in a specific case. Plaintiff states that he has a PACER account, and will comply with the electronic filing requirements for this Court. *ECF No. 17*. He also states that he has regular access to the equipment needed to e-file, such as a computer with internet access and email. *Id.* For good cause shown and because defendants did not respond (*see* LR 7-2(d)), the Court finds that plaintiff is capable of filing electronically and **GRANTS** the Motion.

//

//

//

//

//

//

ACCORDINGLY,

**IT IS ORDERED that:**

1. Plaintiff's *Motion for Authorization to Register as a CM/ECF Filer and to Receive Electronic Service Pursuant to LR IC 2-1(b)* (ECF No. 5) is **GRANTED**.
2. Plaintiff is authorized to register as a filer in this case.
3. Plaintiff shall familiarize herself with the Local Rules pertaining to filing electronically. *See* LR IC 2-1 and 2-2.
4. Plaintiff shall review and familiarize himself with the Court's 09/08/2026 Standing Order (ECF No. 1).
5. Plaintiff must submit a completed registration form available on the Court's website.
6. Plaintiff shall comply with the following procedures to activate a CM/ECF account:
    a. Plaintiff must become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form on the Court's website.
    b. Plaintiff must read and comply with the guidelines for e-filing available both on the Court's website and here at https://perma.cc/2NCZ-T2WX.

IT IS SO ORDERED.

DATED: October 29, 2026.

_______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**