Brad Lee Barnhill
8104 Defiance Avenue
Las Vegas, Nevada 89129
tel: 702.613.2576
e: brad.lee.barnhill@pm.me
Plaintiff, *in Propria Persona, sui juris*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brad Lee Barnhill,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his official capacity as Secretary of State of Nevada,<br><br>Defendant. | Case No. 2:26-cv-02818-JAD-MDC<br><br>**PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDER GRANTING AUTHORIZATION TO REGISTER AS A CM/ECF FILING USER (ECF No. 18)** |

Plaintiff Brad Lee Barnhill, appearing *in propria persona*, gives notice that he has complied with the Court's Order Granting Plaintiff's Motion for Authorization to Register as a CM/ECF Filing User and to Receive Electronic Service, entered October 29, 2026 (ECF No. 18) (the "Order"), as follows:

1. Registration form (Order ¶¶ 5, 6(a)). The District of Nevada accepts e-filing registration requests through the PACER Service Center's online "Manage My Account" portal. On November 5, 2026, Plaintiff submitted his completed e-filing registration for the District of Nevada through that portal. The Court processed the registration, and PACER now reports Plaintiff's e-filing status for the Nevada District Court as "Active." Because the registration is completed and submitted online, the portal does not produce a printable copy of the completed form. A true and correct copy of PACER's "Check E-File Status" page for Plaintiff's account is attached as Exhibit A.

2. PACER account (Order ¶ 6(a)). Plaintiff maintains an upgraded PACER account, enrolled in multifactor authentication, with no balance due. See Exhibit A.

3. Local Rules (Order ¶ 3). Plaintiff has reviewed and familiarized himself with Local Rules IC 2-1 and IC 2-2 governing electronic filing.

4. Standing Order (Order ¶ 4). Plaintiff has reviewed and familiarized himself with the Court's September 8, 2026 Standing Order (ECF No. 1).

5. Electronic filing procedures and guidelines (Order ¶ 6). Plaintiff has reviewed the Court's Electronic Filing procedures and events menus and the e-filing guidelines available on the Court's website and at https://www.nvd.uscourts.gov/e-filing-permission/, and will comply with them.

6. Electronic service. Plaintiff will file electronically through CM/ECF in this case going forward and consents to receive electronic service of all filings through CM/ECF at the email address listed above.

**CERTIFICATION**

I certify that artificial intelligence was used to generate a portion of this filing. I have reviewed the source material and verified that the artificially generated content in the filing is accurate and complies with the filing's Rule 11 obligations.

Dated this 5th day of November, 2026

Respectfully submitted,

/s/ Brad Lee Barnhill

Brad Lee Barnhill
Plaintiff, *in propria persona, sui juris*

**VERIFICATION**

I, Brad Lee Barnhill, declare that I have personal knowledge of the facts stated in this Notice concerning my actions, experience, communications, and circumstances, and that those facts are true and correct. I declare that I am testifying truthfully, in a form calculated to awaken my conscience and impress my mind with the duty to do so.[1]

I say the truth in Christ, I lie not, my conscience also bearing me witness in the Holy Ghost. (Romans 9:1) [2]

Executed on this 5th day of November, 2026.

*/s/ Brad Lee Barnhill*

Brad Lee Barnhill

[1] In accord with ***Gordon v. State of Idaho***, 778 F.2d 1397, 1402–03 (9th Cir. 1985), the Court must employ the least restrictive means of assuring truthful testimony when a sincerely held religious belief conflicts with a prescribed oath or affirmation; this statement satisfies that objective without requiring me to use language that violates my religious convictions.

[2] Romans 9:1 is the only form of “oath” that I can find in scripture, and conforms with Fed.R.Evid. 603.

## CERTIFICATE OF SERVICE

I certify that on November 5, 2026, I mailed the foregoing document for filing to the Clerk of Court for the United States District Court for the District of Nevada, upon:

Emily D. Espinosa, Deputy Attorney General, Office of the Nevada Attorney General,
100 North Carson Street, Carson City, NV 89701-4717,
edespinosa@ag.nv.gov

*/s/ Brad Lee Barnhill*
Brad Lee Barnhill
Plaintiff, *in Propria Persona, sui juris*

# EXHIBIT A

**PACER Maintenance, 11/08/2026**

PACER systems will undergo maintenance on Sunday, November 08, 2026 , from 5:00 a.m. to 4:00 p.m. ET. As a result, certain portions of this site may be temporarily degraded during the maintenance window.

An official website of the United States government. Here's how you know.

Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 9266029 |
| **Username** | Brad.Lee.Barnhill |
| **Amount Due** | $0.00 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |
| **Multifactor Auth** | Enrolled |

## Check E-File Status

| Court Type | Court | Status |
|---|---|---|
| U.S. District Courts | Nevada District Court | Active<br>Request Deactivation |

Cancel



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov